IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MCFADDEN,<br>*Plaintiff*<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br>*Defendant* | Case No. 2:18-05634-JDW |

## ORDER

**AND NOW**, this 25th day of March, 2020, upon consideration of Defendant's Motion For Summary Judgment (ECF No. 41), including all responses and attachments thereto, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Federal Express Corporation's Motion for Summary Judgment (ECF No. 41) is **GRANTED**. Summary judgment is entered in favor of Federal Express Corporation and against Thomas McFadden on all claims.

2. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.